Case 1:26-cv-00166-H-BU   Document 7-1   Filed 05/26/26   Page 1 of 1   PageID 19

**TEXAS DEPARTMENT OF PUBLIC SAFETY**

TEMPORARY PERMIT VALID UNTIL 07-13-2025

LOCATION: 402
TIME STAMP: 11:18:55
DATE STAMP: 05-14-2025

ORGAN DONOR: N
VOTER REGISTRATION: N

**RECEIPT NUMBER: 405DLA084463069**

RESTRICTION TEXT:
NONE

ENDORSEMENT TEXT:
NONE

MAILING ADDRESS:
3417 FIREDOG ROAD
ABILENE, TX 79606  - 7898

DL/ID/UNL NUMBER: 06157601   CLASS: C   LICENSE TYPE: DL
RESTRICTION CODE: NONE   ENDORSEMENT CODE: NONE

NAME: BRIDGES,
QUINTON  SCOTT

ADDRESS:
3417 FIREDOG ROAD
ABILENE, TX 79606  - 7898

DATE OF BIRTH: 10-10-1986     EXPIRATION DATE: 10-10-2033
SEX: M     HEIGHT: 5' 07"      ISSUANCE DATE: 05-14-2025
EYE COLOR: HAZ

SIGNATURE: *Quinton Bridges*

EMPLOYEE YO2525D

---

- For driver license related questions, please call 512-424-2600 or refer to the DPS website at www.dps.texas.gov or at www.texas.gov.
- Your DL/ID Card will be processed and mailed within 30-45 days.
- You must continue to carry this Temporary Permit until your new card is received.
- For roadside assistance related to the following issues, please call 1-800-525-5555.
  - Stranded with car problems
  - Hazardous road conditions
  - Debris in the roadway

- **If you signed up for voter registration**, you will be contacted by your voter registrar within 30 days.  If the registrar has no questions regarding your registration, a voter registration certificate will be mailed to you within that time frame. If you do not receive it, please contact:
  - Your County Voter Registrar. Contact information is available online at: http://sos.state.tx.us/elections/voter/votregduties.shtml
  - Secretary of State's Office toll-free at 1.800.252.VOTE (8683) or elections@sos.texas.gov

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY · SERVICE · PROTECTION

Page 1