Bridges

v.

Texas Dept. of Public Safety

Civil Action No. 1:26-cv-00166-H-BU

I'm giving a sum of relief on all pain + suffering, restitution, + compensation

for $100,000,000 total on  6/30/26

Quinton Bridges